IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Thomas, Willie S | Case Number: 07 B 19776 |
| | Judge: Wedoff, Eugene R |
| Printed: 4/29/08 | Filed: 10/25/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion: April 23, 2008
Confirmed: December 20, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 3,300.00 | |
| Secured: | | 900.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,214.55 |
| Trustee Fee: | | 185.45 |
| Other Funds: | | 0.00 |
| Totals: | 3,300.00 | 3,300.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 2,863.00 | 2,214.55 |
| 2. | EMC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 3. | Peoples Energy Credit Union | Secured | 7,397.99 | 900.00 |
| 4. | EMC Mortgage Corporation | Secured | 18,000.00 | 0.00 |
| 5. | Internal Revenue Service | Priority | 5,091.15 | 0.00 |
| 6. | Commonwealth Edison | Unsecured | 45.85 | 0.00 |
| 7. | Internal Revenue Service | Unsecured | 132.55 | 0.00 |
| 8. | Peoples Energy Credit Union | Unsecured | 2,079.15 | 0.00 |
| 9. | City Of Chicago Dept Of Revenue | Unsecured | 28.00 | 0.00 |
| 10. | Premier Bankcard | Unsecured | 45.59 | 0.00 |
| 11. | Peoples Energy Corp | Unsecured | 144.82 | 0.00 |
| 12. | RJM Acquisitions LLC | Unsecured | 9.10 | 0.00 |
| 13. | RoundUp Funding LLC | Unsecured | 58.68 | 0.00 |
| 14. | ECast Settlement Corp | Unsecured | 63.37 | 0.00 |
| 15. | City Of Chicago | Secured | | No Claim Filed |
| 16. | Anderson Crenshaw Asso | Unsecured | | No Claim Filed |
| 17. | Arizona Mail Order | Unsecured | | No Claim Filed |
| 18. | Exxon Mobil | Unsecured | | No Claim Filed |
| 19. | HSBC | Unsecured | | No Claim Filed |
| 20. | Lew Magram Ltd | Unsecured | | No Claim Filed |
| 21. | Palisades Collection LLC | Unsecured | | No Claim Filed |
| 22. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 23. | HSBC | Unsecured | | No Claim Filed |
| 24. | Park Dansan | Unsecured | | No Claim Filed |
| 25. | Professional Account Management | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Thomas, Willie S | Case Number: 07 B 19776 |
|---|---|
| | Judge: Wedoff, Eugene R |
| Printed: 4/29/08 | Filed: 10/25/07 |

| | | | | |
|---|---|---|---|---|
| 26. | Roamans | Unsecured | | No Claim Filed |
| 27. | Social Security Administration | Unsecured | | No Claim Filed |
| 28. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 35,959.25 | $ 3,114.55 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 142.55 |
| 6.5% | 42.90 |
| | _____ |
| | $ 185.45 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____